IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-00629-PAB-KMT

ROSETTA J. GRIGGS and
V.K. SURESH RAJAN,
derivatively on behalf of Nominal Defendant Intrepid Potash, Inc.,

    Plaintiffs,

v.

ROBERT JORNAYVAZ III,
HUGH HARVEY JR.,
J. LANDIS MARTIN,
TERRY CONSIDINE,
BARTH WHITHAM, and
PATRICK AVERY,

    Defendants,

and

INTREPID POTASH, INC.,

    Nominal Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

On April 24, 2009, nominal defendant Intrepid Potash, Inc. and defendants Robert P. Jornayvaz III, Hugh E. Harvey Jr., J. Landis Martin, Terry Considine, and Barth E. Whitham filed a motion to dismiss [Docket No. 17] plaintiff's shareholder derivative complaint [Docket No. 1]. On May 22, 2009, plaintiffs Rosetta Griggs and V.K. Suresh Rajan filed a first amended shareholder derivative complaint [Docket No. 22].

Thus, as of May 22, 2009, the operative pleading is the first amended shareholder derivative complaint.  Defendants' motion to dismiss is therefore directed at an inoperative, superseded pleading.  *See*, *e.g.*, *Gilles v. United States,* 906 F.2d 1386, 1389 (10th Cir. 1990) ("[A] pleading that has been amended under Rule 15(a) supersedes the pleading it modifies . . . .") (internal quotation marks omitted)*.*  As such, the motion to dismiss is moot.  Therefore, it is

**ORDERED** that defendants' motion to dismiss [Docket No. 17] is DENIED without prejudice as moot.

DATED May 22, 2009.